FILED: December 21, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-4467
(3:20-cr-00174-MOC-DSC-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

GESANU TIMOTHY XIONG

    Defendant - Appellant

_____

O R D E R
_____

For reasons appearing to the court, this case is placed in abeyance pending the Supreme Court's decision in *Brown v. United States*, No. 22-6389.

Counsel shall immediately notify this court upon issuance of a decision by the Supreme Court.

For the Court

/s/ Nwamaka Anowi, Clerk